515 A.2d 302

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dennis Lee SHEFFIELD, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 25, 1985.

Decided Sept. 30, 1986.

Gerald R. Schutlz, Wilkes-Barre, for appellant.

Robert J. Gillespie, Jr., Dist. Atty., Joseph C. Giebus, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.